**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-02637-RM-SKC

PHELPS OIL AND GAS, LLC, on behalf of itself and a class of similarly situated royalty owners,

    Plaintiffs,

v.

NOBLE ENERGY, INC.; and,
DCP MIDSTREAM, LP;

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 79) by Senior Judge Raymond P. Moore entered on December 15, 2023, it is

ORDERED that judgment is entered in favor of the defendants, Noble Energy, Inc., and DCP Midstream, LP; and against the plaintiffs Phelps Oil and Gas, LLC, and a class of similarly situated royalty owners.

ORDERED that this case is closed.

Dated this 15th day of December, 2023.

                FOR THE COURT:
                JEFFREY P. COLWELL

                By:   s/C. Pearson, Deputy Clerk